**Opinion issued June 27, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-12-00882-CV

———————————

**THU BINH SI HO, Appellant**

**V.**

**CAPITAL ONE, Appellee**

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-59158**

## MEMORANDUM OPINION

Appellant, Thu Binh Si Ho, moves to dismiss the appeal, stating that the parties have reached an agreement to settle the underlying case. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellant requests that each party be ordered to bear its own costs. The motion does not reflect that there is an agreement of the parties regarding the assessment of appellate costs; accordingly, the costs of appeal will be assessed against appellant. *See* TEX. R. APP. P. 42.1(d) (absent agreement of parties, costs are taxed against appellant). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.